# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

146225 & (39)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DAVID LAMAR CHAPMAN,
     Defendant-Appellant.

SC: 146225
COA: 305465
Saginaw CC: 09-033172-FH

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the September 27, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013                    _____

t0225                                                Clerk